# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

TO ☒ U S DISTRICT JUDGE / ☐ U S MAGISTRATE JUDGE _VAR_
FROM _A. Dominguez_, Deputy Clerk   RECEIVED DATE _6-20-02_
CASE NO _EDCV02-177 VAP(SGLx)_   CASE TITLE _Stewart v. County of Riverside, et al_
DOCUMENT ENTITLED _Answer_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist   _SEND_

| | | |
|---|---|---|
| ____ | Local Rule 7-3 | Written notice of motion lacking or timeliness of notice incorrect |
| ____ | Local Rule 7-19 1 | Notice to other parties of ex parte application lacking |
| ____ | Local Rule 11-3 1 | Document not legible |
| ____ | Local Rule 11-3 8 | Lacking name, address, phone number |
| ____ | Local Rule 11-4.1 | No copy provided for judge |
| ____ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ____ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ____ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ____ | Local Rule 16-6 | Pretrial conference order not signed by all counsel |
| ____ | Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties |
| ____ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ____ | Local Rule 56-2 | Statement of genuine issues of material fact lacking |
| ☒ | Local Rule 83-1 5 | No Certification of Interested Parties and/or no copies |
| ____ | FRCvP Rule 5(d) | No proof of service attached to document(s) |
| ____ | OTHER | ____ |

FILED
CLERK U S DISTRICT COURT
JUN 20 2002
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

**NOTE: Please refer to the court's website at www.cacd.uscourts.gov for local rules and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED

☐ The document is to be filed and processed
The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7

Dated _____

_____
U S DISTRICT JUDGE / U S MAGISTRATE JUDGE

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel * Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court

Dated _6/20/02_

ENTER ON CMS
JUN 21 2002

_____
U S DISTRICT JUDGE / U S MAGISTRATE JUDGE

*The term "counsel" as used herein also includes any pro se party   See Local Rule 1-3

(9)

MICHAEL A. BELL, SB# 034900
BELL, ORROCK & WATASE, INC.
1533 SPRUCE STREET, SUITE 100
RIVERSIDE, CA 92501
909/683-6014 /FAX 909/683-0314

ATTORNEYS FOR DEFENDANT, COUNTY OF RIVERSIDE, ET AL

RECEIVED/RETURNED
JUN 2 0 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY_____ DEPUTY

RECEIVED
BUT NOT FILED
JUN 2 0 2002
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STEWART, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, a Public entity, GROVER TRASK, in his official capacity as the District Attorney for the County of Riverside, MARTIN SILVA, in his official capacity and individually, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. EDCV 02-177 VAP (SGLx) <br> Judge Stephen G Larson <br><br> DEFENDANT MARTIN SILVA'S ANSWER TO COMPLAINT <br><br> DEMAND FOR JURY TRIAL |

COMES NOW the Defendant, MARTIN SILVA, who answers Plaintiff's Complaint on file in the above-captioned matter as follows:

1  This answering Defendant denies each, every and all facts contained in Paragraph 1 of the First Cause of Action of the Complaint on file in the action herein.

2.  This answering Defendant admits all of the allegations contained in Paragraph 2 of the First Cause of Action of the Complaint on file in the action herein.

3.  This answering Defendant admits all of the allegations contained in Paragraph 3 of the First Cause of Action of the Complaint on file in the action herein; except this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations that defendants Does 1-10, inclusive, and each of them, were law