**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No    EDCV02-177 SGL | Date   January 12, 2004 |

Title   MARY STEWART -v- COUNTY OF RIVERSIDE, ET AL

---

Presiding   The Honorable   STEPHEN G  LARSON

| James Munoz | Tape No | 04-01 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Gary Smith | Michael Bell |

Proceedings     Motion for Summary Judgment

    Case called   Counsel made their appearance   Arguments were made   Motion for summary judgment is taken under submission, with a decision to be given in court on January 20, 2004, at 1 30 p m   Parties to bring their clients to hearing for possible settlement conference





DOCKETED ON CM

JAN 1 4 2004

BY _____ 041

|  | 10 20 | 10 45 |
|---|---|---|
| Initials of Preparer | JM | |

CV-90 (12/02)                                   CIVIL MINUTES - GENERAL                                   Page 1 of 1