

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No    EDCV 02-177-SGL                                    Date    January 20, 2004

Title    MARY STEWART -v- COUNTY OF RIVERSIDE, ET AL

---

Presiding   The Honorable    STEPHEN G LARSON

| James Munoz | Tape No | 04-02 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Gary Smith | Michael Bell |

Proceedings    Continued Settlement Conference/Motion for Summary Judgment

    Case called   Counsel made their appearance   Court conducted a settlement conference   Parties failed to reach a settlement

    Further arguments regarding defendant's motion for summary judgment were made   Plaintiff's counsel is **ORDERED** to submit any supplemental reply to the Court by January 30, 2004   Defendant's counsel is to file his response by February 6, 2004   The Court will then take the matter under submission

    Pretrial conference is continued to February 16, 2004, at 1 30 p m

    Jury Trial is continued to March 2, 2004, at 9 00 a m



1 30    3 00

Initials of Preparer    JM

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1

JAN 2 2 2004