Michael A Bell, SB# 034900
**BELL, ORROCK & WATASE, INC.**
1533 Spruce Street, Suite 100
Riverside, CA 92501
909/683-6014 /Fax 909/683-0314

Attorneys for Defendant,
MARTIN SILVA

ENTERED MAR 25 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED MAR 24 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARY STEWART,

    Plaintiff,

vs

COUNTY OF RIVERSIDE, a Public entity, GROVER TRASK, in his official capacity as the District Attorney for the County of Riverside, MARTIN SILVA, in his official capacity and individually, and DOES 1-10, inclusive,

    Defendants

)CASE NO EDCV 02-177 SGL

**[PROPOSED] JUDGMENT**

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

DOCKETED ON CM
MAR 25 2004
BY ___ 041

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

    Defendant, MARTIN SILVA, having moved for Summary Judgment in his favor, and said Motion having come on for hearing before the Honorable Stephen G Larson, United States Magistrate Judge, on January 12, 2004, and February 24, 2004, and the Court thereafter on March 16, 2004, having issued its Order Granting Defendant Martin Silva's Motion for Summary Judgment in his favor, it is

    ORDERED, ADJUDGED AND DECREED that Plaintiff Mary Stewart shall take nothing by her Complaint against Defendant Martin Silva, and that

///

1

Judgment is hereby granted in favor of Defendant Martin Silva against Plaintiff Mary Stewart, and that Defendant Martin Silva be awarded his costs

DATED 3/23/04

_____
UNITED STATED MAGISTRATE JUDGE

Presented by

Michael A. Bell
BELL, ORROCK & WATASE, INC

By _____
MICHAEL A BELL
Attorneys for Defendant,
MARTIN SILVA

**PROOF OF SERVICE BY MAIL**
**[1013a and 2015.5, CCP]**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am a citizen of the United States and employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding, my business address is 1533 Spruce Street, Suite 100, Riverside CA 92507. On March 18, 2004, I served the foregoing document described as

On March 18, 2004, I served the foregoing document(s) described as. **[PROPOSED] ORDER** to all interested parties

**XX**   (1) **MAIL**· I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Riverside, California. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing  Under that practice it is deposited with the U.S Postal Service on that same day with postage thereon fully prepaid at Riverside, California, in the ordinary course of business¨ I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

___   (2) **PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s)

___   (3) **OVERNIGHT MAIL**· I caused such envelope to be delivered by overnight mail to the offices of the addressee(s)

___   (4) **FACSIMILE**: I served the above-mentioned document(s) from facsimile machine number (909) 683-0314 to the interested parties at facsimile machine number(s) indicated on the attached mailing list

**SERVICE LIST:**

Gary Wenkle Smith
Attorney at Law
330 North D Street, Suite 357
San Bernardino CA 92401
(909) 888-1357 / Fax (909) 888-5357

**Attorney for Plaintiff,**
**MARY STEWART**

**XX**   **FEDERAL**· I declare that I am working for the office of a member of the bar of this court, at whose direction the service was made

Executed on March 18, 2004, at Riverside, California.

*/s/ Yolanda Gutierrez*
Yolanda Gutierrez